# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RAYNALD JOSEPH LAMOTHE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3563

_____

November 8, 2023

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Rachael E. Reese and Olivia M. Nathan of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.